**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ABMAN GLASTER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF CLARK NEVADA, *et al,*<br><br>        Defendants. | Case No. 2:19-cv-00015-RFB-VCF<br><br>**ORDER TO PRODUCE**<br>**ABMAN GLASTER,**<br>#7764667 |

TO:     WARDEN, CLARK COUNTY DETENTION CENTER
           LAS VEGAS, NV
           UNITED STATES MARSHAL FOR THE DISTRICT OF
           NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **ABMAN GLASTER, #7764667,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

    **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **ABMAN GLASTER, #7764667** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about March 5, 2019, at the hour of 3:00 PM, in LV Courtroom 7C to attend a status conference hearing in the instant matter, until the said **ABMAN GLASTER, #7764667**, is released and discharged by the said Court; and that said

ABMAN GLASTER, #7764667, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 19th day of February, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**