# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABMAN GLASTER, | Case No. 2:19-cv-00015-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN, *et al.*, | |
| Defendants. | |

Before the Court are two motions by Plaintiff for preliminary injunction. ECF Nos. 23, 25. In the motion filed March 22, 2019, Plaintiff alleges that his kite request history was erased from the kiosk, that his law library access has been reduced, and that he has not been awarded appropriate credit for time served. ECF No. 23. In the motion filed April 24, 2019, Plaintiff states that he was released from incarceration on April 1, 2019 and alleges that his Medicaid insurance was deactivated during his incarceration such that his insurance will not now cover the cost of his pain medication.

Plaintiff's release from custody moots the need for preliminary injunctive relief regarding time served credit, kite request kiosk records, and law library access. Plaintiff's second motion describes a post-release insurance dispute. The Court does not find that it can issue any form of injunctive order to Defendants in this case that could resolve the problem Plaintiff describes.

///
///
///
///
///

Because the Court finds that it can order no injunctive relief against Defendants that would be responsive to Plaintiff's requests at this time, and that therefore Plaintiff shows no likelihood of success on the merits and raises no serious questions going to the merits, **IT IS ORDERED** that [23] Motion for Injunction and [25] Motion for Injunction are both DENIED without prejudice.

DATED: April 25, 2019.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**